IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CV NO. 3:02cv1028-T |
| | ) | WO |
| NELSON NIKITHA FEARS | ) | |

**ORDER ON MOTION**

On June 29, 2004, movant Nelson Nikitha Fears filed a *motion for leave to amend* his 28 U.S.C. § 2255 motion[1] to assert claims based on *Blakely v. Washington*, ___ U.S. ___, 124 S.Ct. 2531 (2004). (Doc. 27.)

Fed.R.Civ.P. 15(a) instructs that leave of the court to amend pleadings "shall be freely given when justice so requires." Nevertheless, a motion to amend may be denied on "numerous grounds, such as undue delay, undue prejudice to the defendants, and futility of the amendment." *Maynard v. Bd. of Regents of Universities of Fla. Dept. of Educ.*, 342 F.3d 1281, 1287 (11th Cir. 2003) (citations and internal quotation marks omitted). In *In re Dean*, 375 F.3d 1287 (11th Cir. 2004), the court held that *Blakely* is not to be applied retroactively to cases that become final before that case was decided. A review of the record reflects that Fears's convictions became final well before *Blakely* was decided. Thus, Fears's amendment is futile as a matter of law. Accordingly, it is

**ORDERED that the *motion for leave to amend* be and is hereby DENIED.**

---

[1] Fears filed his § 2255 motion in this court on August 29, 2002.

Done this 6th day of May, 2005.

                **/s/ Delores R. Boyd**
                DELORES R. BOYD
                UNITED STATES MAGISTRATE JUDGE